

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Steve Gerdes,                  * Original Mandamus Proceeding

No. 11-23-00283-CV                   * January 18, 2024

                                     * Memorandum Opinion by Bailey, C.J.
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be granted in part. Therefore, in accordance with this court's opinion, we grant the petition for writ of mandamus as to the Ranger city commissioners and deny the petition for writ of mandamus with respect to Judge David Hullum. The Ranger city commissioners (respondents Terry Robinson, Joe Sigler, Kevan Moize, Wendy Erwin, and Samantha McGinnis) are directed to schedule a special election for the recall of commissioners Moize and McGinnis not less than fifteen days and not more than thirty days from the date of this opinion.